IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )         2:16cr94-MHT
                            )             (WO)
WILLIAM DOUGLAS POSEY       )
```

ORDER

Upon consideration of defendant William Douglas Posey's petition for early termination of probation, which the government has orally informed the court that it does not oppose, and of the recommendation of the probation officer that defendant Posey's remaining term of probation be terminated due to his successful compliance with all requirements of his probation, it is ORDERED that the petition for early termination of probation (Doc. 29) is granted; that defendant William Douglas Posey's probation is terminated; and that defendant Posey is discharged.

DONE, this the 21st day of July, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE